FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 28, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANK R. NORDLUND,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON; ARNP SANDRA CONNER; ARNP RUTH OMAN; DR. DEBORAH J. TONHOFER; MD STEVEN G. HAMMOND; and DOES 1-5,<br><br>        Defendants. | NO: 2:19-CV-65-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Stipulated Motion for Dismissal with Prejudice, ECF No. 16. Having reviewed the motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Stipulated Motion for Dismissal with Prejudice, **ECF No. 16**, is **GRANTED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE~ 1

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** January 28, 2020.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE~ 2